Annual/Final Report

# Judiciary Branch Personnel
# Financial Disclosure Report (AO Form 10)

## Filer's Information

**Gross, Kevin**

Date of Separation:

Electronic Signature - I certify that all information provided (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief.
I further certify that earned income and honoraria and acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.
**/s/  Kevin Gross [electronically signed on 02/22/2020 by  Kevin Gross in JEFS]**

Public Annotations:

**COMMENT**

There were no reportable transactions between January 1 and March 12, 2020.

# I. Positions

| # | ORGANIZATION NAME | ORGANIZATION TYPE | POSITION HELD |
| --- | --- | --- | --- |
| 1 | St. Mary Magdalen School | Catholic Diocese School | Board Member |

# II. Agreements

None

# III A. Filer's Non-Investment Income

None

# III B. Spouse's Non-Investment Income

None

# IV. Reimbursements

None

# V. Gifts

None

# VI. Liabilities

None

---

## VII. Investments and Trusts

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 1 | State of Israel 7th Dev Reg Savings Amended Bond 46513ENN8 | $1,000 or less | Interest | $1 - $15,000 | Cash Market | | | |
| 2 | State of Israel 7th Mazel Tov Sav Bond 46513CFX9 | $1,000 or less | Interest | $1 - $15,000 | Cash Market | | | |
| 3 | State of Israel 6th Mazel Tov Sav Bond 46513BJ74 | $1,000 or less | Interest | $1 - $15,000 | Cash Market | | | |
| 4 | State of Israel Mazel Tov Sav Bond 46513XJU5 | $1,000 or less | Interest | $1 - $15,000 | Cash Market | | | |
| 5 | Newberger Berman Brokerage Account #1 (H) | | | | | | | |
| 5.1 | -Dreyfus Treasury Sec Cash Mgmt Admin money market fund | $1,001 - $2,500 | Dividend | $15,000 or less | Cash Market | | | |
| 5.2 | -Occidental Pete Corp common stock | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 5.3 | -California Resources Corporation common stock | None | None | $15,000 or less | Cash Market | | | |
| 6 | IRA #2 (H) | | | | | | | |
| 6.1 | -Neuberger Berman Guardian Fd Instl Class mutual fund | $2,501 - $5,000 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 6.1.1 | -Neuberger Berman Guardian Fd Instl Class mutual fund | | | | | Purchased | 12/16/2019 | $15,000 or less |
| 7 | 1/3 interest in Trisis-oil & gas royalty interest & land in | | | | | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 7.1 | Scurry, Tyler & Wood Counties, TX | $5,001 - $15,000 | Royalty | $500,001 - $1,000,000 | Estimated | | | |
| 8 | IRA Rollover Acct #1 (H) | | | | | | | |
| 8.1 | -Dreyfus Treasury Sec Cash Mgmt Admin money market fund | $2,501 - $5,000 | Interest | $100,001 - $250,000 | Cash Market | | | |
| 8.2 | -Neuberger Berman Genesis FD Institutional Class mutual fund | $5,001 - $15,000 | Dividend | $100,001 - $250,000 | Cash Market | | | |
| 8.3 | -Alphabet Inc common stock | None | None | $50,001 - $100,000 | Cash Market | | | |
| 8.3.1 | -Alphabet Inc common stock | See Note | | | | Sold | 01/09/2019 | $15,001 - $50,000 |
| 8.3.2 | -Alphabet Inc common stock | See Note | | | | Sold | 10/24/2019 | $15,000 or less |
| 8.4 | -Honeywell Intl Inc common stock | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 8.5 | -Neuberger & Berman Equity FDS Equity Income FD Instl mutual fund | $5,001 - $15,000 | Dividend | $100,001 - $250,000 | Cash Market | | | |
| 8.6 | -Exxon Mobil Corp common stock | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 8.7 | -Nvida Corp common stock | $1,000 or less | Dividend, Gain | $15,001 - $50,000 | Cash Market | | | |
| 8.8 | -Pioneer Natural Resources Company common stock | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 8.9 | -Schlumberger Ltd common stock | $1,001 - $2,500 | Dividend, Gain | None | Cash Market | | | |
| 8.9.1 | -Schlumberger Ltd common stock | | | | | Sold | 01/02/2019 | $15,001 - $50,000 |
| 8.10 | -Berkshire Hathaway Inc Del Cl B common stock | None | None | $50,001 - $100,000 | Cash Market | | | |

| # | DESCRIPTION | | INCOME AMOUNT | INCOME TYPE | GROSS VALUE | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|---|
| 8.11 | -Apple Inc common stock | | $5,001 - $15,000 | Dividend, Gain | $100,001 - $250,000 | Cash Market | | | |
| 8.11.1 | -Apple Inc common stock | See Note | | | | | Sold | 07/16/2019 | $15,001 - $50,000 |
| 8.11.2 | -Apple Inc common stock | | | | | | Purchased | 01/02/2019 | $15,001 - $50,000 |
| 8.12 | -EOG Res Inc common stock | | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 8.13 | -Raytheon Co common stock | | $5,001 - $15,000 | Dividend, Gain | None | Cash Market | | | |
| 8.13.1 | -Raytheon Co common stock | | | | | | Sold | 06/10/2019 | $50,001 - $100,000 |
| 8.14 | -Mondelez International Inc common stock | | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 8.15 | -Fedex Corp common stock | | $1,000 or less | Dividend | None | Cash Market | | | |
| 8.15.1 | -Fedex Corp common stock | | | | | | Sold | 07/02/2019 | $15,001 - $50,000 |
| 8.16 | -Automatic Data Processing Inc common stock | | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 8.17 | -American Tower Corp Isin common stock | | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 8.17.1 | -American Tower Corp Isin common stock | See Note | | | | | Sold | 08/06/2019 | $15,001 - $50,000 |
| 8.18 | -Neuberger Berman Guardian FD Instl Cl | | $2,501 - $5,000 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 8.18.1 | -Neuberger Berman Guardian FD Instl Cl | | | | | | Purchased | 12/16/2019 | $15,000 or less |
| 8.19 | -Carnival Corp Paired CTF common stock | | $1,001 - $2,500 | Dividend | None | Cash Market | | | |
| 8.19.1 | -Carnival Corp Paired CTF common stock | | | | | | Sold | 07/08/2019 | $15,001 - $50,000 |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 8.20 | -General Dynamics Crp common stock | $1,001 - $2,500 | Dividend, Interest | $50,001 - $100,000 | Cash Market | | | |
| 8.21 | -Union Pacific Corp common stock | $5,001 - $15,000 | Dividend, Gain | None | Cash Market | | | |
| 8.21.1 | -Union Pacific Corp common stock | | | | | Sold | 05/01/2019 | $15,001 - $50,000 |
| 8.22 | -Hyatt Hotels Corp common stock | $1,000 or less | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 8.23 | -Versum Matls Inc common stock | None | None | None | Cash Market | | | |
| 8.23.1 | -Versum Matls Inc common stock | | | | | Sold | 01/02/2019 | $15,001 - $50,000 |
| 8.24 | -Qualcomm Inc common stock | $5,001 - $15,000 | Dividend, Gain | $15,001 - $50,000 | Cash Market | | | |
| 8.24.1 | -Qualcomm Inc common stock | See Note | | | | Sold | 04/16/2019 | $15,001 - $50,000 |
| 8.25 | -Rio Tinto PLC Sponsored ADR | $5,001 - $15,000 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 8.26 | -Cabot Oil & Gas Corp common stock | $1,000 or less | Dividend | None | Cash Market | | | |
| 8.26.1 | -Cabot Oil & Gas Corp common stock | | | | | Sold | 10/10/2019 | $15,001 - $50,000 |
| 8.27 | -AON PLC Shs Cl A common stock | $1,000 or less | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 8.28 | -Franco Nevada Corporation common stock | $1,000 or less | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 8.29 | -Oracle Corp common stock | $1,000 or less | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 8.30 | -Interxion Holding Com Euro common stock | None | None | $50,001 - $100,000 | Cash Market | | | |
| 8.31 | Wal-mart Inc common stock | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 8.31.1 | Wal-mart Inc common stock | | | | | Purchased | 02/21/2019 | $15,000 or less |
| 8.32 | Waters Corp common stock | None | None | $15,001 - $50,000 | Cash Market | | | |
| 8.33 | Boston Scientific Corp common stock | None | None | $50,001 - $100,000 | Cash Market | | | |
| 8.34 | Visa Inc Cl A common stock | $1,000 or less | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 8.34.1 | Visa Inc Cl A common stock | | | | | Purchased | 02/06/2019 | $15,000 or less |
| 8.35 | Gilead Sciences Inc common stock | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 8.36 | -Boeing Co common stock | $2,501 - $5,000 | Dividend, Gain | $15,001 - $50,000 | Cash Market | | | |
| 8.36.1 | -Boeing Co common stock | | | | | Purchased | 01/07/2019 | $15,001 - $50,000 |
| 8.36.2 | -Boeing Co common stock | See Note | | | | Sold | 03/14/2019 | $15,001 - $50,000 |
| 8.37 | Cisco Systems, Inc. - Common Stock | $1,001 - $2,500 | Dividend | None | Cash Market | | | |
| 8.37.1 | Cisco Systems, Inc. - Common Stock | | | | | Purchased | 02/19/2019 | $15,001 - $50,000 |
| 8.37.2 | Cisco Systems, Inc. - Common Stock | | | | | Sold | 10/21/2019 | $15,001 - $50,000 |
| 8.38 | -Carmax Inc - common stock | None | None | $50,001 - $100,000 | Cash Market | | | |
| 8.38.1 | -Carmax Inc - common stock | | | | | Purchased | 01/08/2019 | $15,001 - $50,000 |
| 8.38.2 | -Carmax Inc - common stock | | | | | Purchased | 02/21/2019 | $15,001 - $50,000 |
| 8.39 | -Walt Disney Co Holding Co - common stock | $1,000 or less | Dividend | $50,001 - $100,000 | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 8.39.1 | -Walt Disney Co Holding Co - common stock | | | | | Purchased | 01/09/2019 | $15,001 - $50,000 |
| 8.39.2 | -Walt Disney Co Holding Co - common stock | | | | | Purchased | 02/06/2019 | $15,001 - $50,000 |
| 8.40 | -Verizon Communications - common stock | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 8.40.1 | -Verizon Communications - common stock | | | | | Purchased | 01/29/2019 | $15,001 - $50,000 |
| 8.40.2 | -Verizon Communications - common stock | | | | | Purchased | 02/06/2019 | $15,001 - $50,000 |
| 8.41 | - ASML Holding NV NY Registry - common stock | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 8.41.1 | - ASML Holding NV NY Registry - common stock | | | | | Purchased | 01/29/2019 | $15,001 - $50,000 |
| 8.41.2 | - ASML Holding NV NY Registry - common stock | | | | | Purchased | 02/21/2019 | $15,001 - $50,000 |
| 8.42 | Bristol-Myers Squibb - common stock | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 8.42.1 | Bristol-Myers Squibb - common stock | | | | | Purchased | 01/02/2019 | $15,001 - $50,000 |
| 8.42.2 | Bristol-Myers Squibb - common stock | | | | | Purchased | 02/21/2019 | $15,000 or less |
| 8.43 | - Coca-Cola Co - common stock | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 8.43.1 | - Coca-Cola Co - common stock | | | | | Purchased | 02/25/2019 | $50,001 - $100,000 |
| 8.44 | - Black Knight - common stock | None | None | $50,001 - $100,000 | Cash Market | | | |
| 8.44.1 | - Black Knight - common stock | | | | | Purchased | 03/18/2019 | $15,001 - $50,000 |
| 8.45 | - Activision Blizzard,Inc - common stock | None | None | $50,001 - $100,000 | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 8.45.1 | - Activision Blizzard,Inc - common stock | | | | | Purchased | 04/01/2019 | $15,001 - $50,000 |
| 8.46 | - CSX Corp - common stock | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 8.46.1 | - CSX Corp - common stock | | | | | Purchased | 05/01/2019 | $15,001 - $50,000 |
| 8.47 | - Vistra Energy Corp - common stock | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 8.47.1 | - Vistra Energy Corp - common stock | | | | | Purchased | 05/15/2019 | $50,001 - $100,000 |
| 8.48 | - Foot Locker Inc - common stock | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 8.48.1 | - Foot Locker Inc - common stock | | | | | Purchased | 05/24/2019 | $15,001 - $50,000 |
| 8.49 | - Alexion Pharmaceuticals Inc - common stock | None | None | $15,001 - $50,000 | Cash Market | | | |
| 8.49.1 | - Alexion Pharmaceuticals Inc - common stock | | | | | Purchased | 07/24/2019 | $15,001 - $50,000 |
| 8.50 | - Amazon.com, Inc. - Common Stock | None | None | $15,001 - $50,000 | Cash Market | | | |
| 8.50.1 | - Amazon.com, Inc. - Common Stock | | | | | Purchased | 09/25/2019 | $15,001 - $50,000 |
| 8.51 | - Fidelity Natl Info Svcs Inc - common stock | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 8.51.1 | - Fidelity Natl Info Svcs Inc - common stock | | | | | Purchased | 10/16/2019 | $15,001 - $50,000 |
| 8.52 | - Proofpoint Inc - common stock | None | None | $15,001 - $50,000 | Cash Market | | | |
| 8.52.1 | - Proofpoint Inc - common stock | | | | | Purchased | 11/27/2019 | $15,001 - $50,000 |
| 8.53 | - Dollar Tree Inc - common stock | None | None | $15,001 - $50,000 | Cash Market | | | |

| # | DESCRIPTION | | INCOME AMOUNT | INCOME TYPE | GROSS VALUE | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|---|
| 8.53.1 | - Dollar Tree Inc - common stock | | | | | | Purchased | 12/09/2019 | $15,001 - $50,000 |
| 8.54 | - Costco Wholesale Corp - common stock | | $1,000 or less | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 8.54.1 | - Costco Wholesale Corp - common stock | | | | | | Purchased | 01/02/2019 | $50,001 - $100,000 |
| 9 | State of Israel Bond 46513YFE3 MAZ PKU 2023-06-01 | | $1,000 or less | Interest | $15,000 or less | Cash Market | | | |
| 10 | Manufacturers & Traders Trust Company (M&T) | | | | | | | | |
| 10.1 | Checking Account | | $1,000 or less | Interest | $15,000 or less | Cash Market | | | |
| 10.2 | Money Market Account | | $1,000 or less | Interest | $15,000 or less | Cash Market | | | |
| 11 | IRA #3 -Wells Fargo Bank N.A. | See Note | $1,000 or less | Interest | $15,000 or less | Cash Market | | | |
| 12 | IRA #4 Wells Fargo Bank N.A. | See Note | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| 13 | MetLife - common stock | See Note | $1,000 or less | Dividend | $100,001 - $250,000 | Cash Market | | | |
| 14 | MetLife - common stock | See Note | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |

## Additional Information or Explanation

| PART | # | NOTE |
|---|---|---|
| VII. | 8.3.1 | partial sale |
| VII. | 8.3.2 | partial sale |
| VII. | 8.11.1 | partial sale |

| PART | # | NOTE |
| --- | --- | --- |
| VII. | 8.17.1 | partial sale |
| VII. | 8.24.1 | partial sale |
| VII. | 8.36.2 | partial sale |
| VII. | 11 | This asset was listed under the heading of IRA Rollover Acct #1 on the prior year's report and should have been listed separately. This is corrected on the 2019 report. |
| VII. | 12 | This asset was listed under the heading of IRA Rollover Acct #1 on the prior year's report and should have been listed separately. This is corrected on the 2019 report. |
| VII. | 13 | This was erroneously listed as being under header IRA #2 on the 2018 report. It is a stand alone investment and presentation is corrected for this report. |
| VII. | 14 | This was erroneously listed as being under header IRA #2 on the 2018 report. It is a stand alone investment and presentation is corrected for this report. |